AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **Case: 1:23-mj-00069** |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| Justin McAllister | ) | Assign Date: 3/31/2023 |
| DOB: ▉▉▉▉ | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings, | |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building, | |
| 18 U.S.C. § 111(a)(1) - Assault on a Federal Officer, | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____03/31/2023_____    _____
*Judge's signature*

City and state:    _____Washington, D.C._____    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*