## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN MCALLISTER,<br><br>*Defendant*. | Criminal Action No. 24-71 (TJK) |

## SCHEDULING ORDER

As discussed with the parties at the status conference today, it is hereby **ORDERED** that:

1. By **January 6, 2025**: (a) The government shall notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); (b) Defendant shall notify the government of his intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3; and (c) each party shall disclose to the other the information required to be disclosed under Federal Rule of Criminal Procedure 16 relating to any testimony that the party intends to offer under Federal Rules of Evidence 702, 703, or 705;

2. By **February 14, 2025**, the parties shall file any pretrial motions, including motions *in limine*; oppositions to the motions shall be filed by **February 28, 2025**; and replies shall be filed by **March 7, 2025**;

3. By **March 19, 2025**, the parties shall file on the docket and submit to chambers, in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov, a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order;

4. On **March 28, 2025**, at 10:00 a.m. the parties shall appear for a motions hearing and pretrial conference in Courtroom 11; and

5.      Jury selection and trial shall commence on **April 7, 2025**, at 9:00 a.m. in Courtroom 11.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: November 6, 2024

2

<u>Attachment A</u>

The Joint Pretrial Statement shall include the following:

a. <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

b. <u>Proposed *voir dire* questions</u> that include:
   i. The *voir dire* questions on which the parties agree; and
   ii. The *voir dire* questions on which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

c. <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
   i. The instructions to which the parties agree;
   ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
   iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

d. <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

e. <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

f. <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

g. <u>Any stipulations</u> executed or anticipated to be executed;

h. <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

i. <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).